NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0686

Terri Lewis Stevens and Jennifer Fruchtnicht wife of/and
Craig Rivera

- - Versus - -

St. Tammany Parish Government

22nd Judicial District Court
Case #: 201510649
St. Tammany Parish

On Application for Rehearing filed on 03/06/2022 by Terri Lewis Stevens, et al

Rehearing _____ **DENIED**

J. Michael McDonald

Walter I. Lanier III

Elizabeth Wolfe

Date **MAR 2 9 2022**

Rodd Naquin, Clerk